HELEN BOEHM, an Infant, by GEORGE BOEHM, Her Guardian ad Litem, Appellant, v. JOHN B. PIKE and Another, Individually and as Copartners, etc., Respondents.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GENEVRA M. MOORE and Another, as Administrators, etc., of ELIZABETH D. MOORE, Deceased, Appellants, v. BREWSTER GORDON & COMPANY, INCORPORATED, and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

GENEVRA M. MOORE and Another, as Administrators, etc., of IMOGENE M. MOORE, Deceased, Appellants, v. BREWSTER GORDON & COMPANY, INCORPORATED, and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MARY LESYK, Respondent, v. STANLEY WIERSBISKI, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of FRED S. MATHEWSON, Respondent, for a Peremptory Mandamus Order Directed to ROY R. BROCKETT and Others, Constituting the Board of Trustees of the Village of Kenmore, and Another, Appellants.— Motion by Henry J. Ebling and William J. Schmidt for leave to prosecute appeal in the name of relator denied, and appeal dismissed, without costs, upon stipulation made by attorneys in open court. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALBERT B. SPONABLE, as Administrator, etc., of EMMETT T. SPONABLE, Deceased, Appellant, v. JAMES C. DAVIS, Director-General of Railroads, etc., Respondent.— Order entered March twenty-eighth modified upon stipulation filed so as to provide that appeal be argued at September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELLA ROSENBLOOM, Respondent, v. PAULINE ROSENBLOOM, Individually and as Administratrix, etc., of MORRIS ROSENBLOOM, Deceased, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by May fourteenth, pursuant to stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LENA ROSENBLOOM, Respondent, v. PAULINE ROSENBLOOM, Individually and as Administratrix, etc., of MORRIS ROSENBLOOM, Deceased, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by May fourteenth, pursuant to stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GUIDO FIROAVANTI, Respondent, v. HARLOW E. KELSEY, Appellant.— Appeal dismissed unless submitted on May eleventh, briefs to be filed by May eighteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY HUFF, Appellant.— Time for argument of appeal extended until September twenty-first. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

TRUSTEES OF THE PRESBYTERIAN SOCIETY IN ONONDAGA HOLLOW, Respondent, v. SYRACUSE LIGHTING COMPANY, Appellant.— Appeal dismissed, pursuant to stipulation filed, unless appellant shall file and serve printed papers by May seventeenth, printed briefs by July ninth, and be ready for argument at opening of September term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.